IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RANDOLPH EPPS,

    Plaintiff,　　　　　　　　　　No. CIV S-04-2548 DFL DAD P

  vs.

K. MENDOZA-POWERS, et al.,

    Defendants.　　　　　　　　ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On May 23, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. In his original complaint, plaintiff stated under penalty of perjury that he did not file an appeal or grievance because pursuit of administrative remedies is futile. In his amended complaint, plaintiff stated under penalty of

perjury that he did not file a grievance because he was told not to contact the jail commander.  In his objections, which are unsigned and do not purport to be made under penalty of perjury, plaintiff suggests that he feared retaliation by jail deputies and was also unable to pursue administrative remedies because of unspecified learning disabilities and a skin condition.  These allegations are insufficient to relieve plaintiff of the exhaustion requirement.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

　　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　　1. The findings and recommendations filed May 23, 2005, are adopted in full; and

　　　　　2. This action is dismissed without prejudice for failure to exhaust administrative remedies before bringing the action.

DATED: 6/23/2005

　　　　　　　　　　　　　　　　　　/s/ David F. Levi
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

/epps2548.804