# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| JOHN RANDOLPH EPPS,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>K. MENDOZA-POWERS, et al.,<br><br>Defendants - Appellees. | No. 05-16394<br>D.C. No. CV-04-02548-DFL/DAD<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _Plaintiff concedes that he failed to exhaust administrative remedies._

_____
Judge
United States District Court

Date: 9/23/2005