IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RANDOLPH EPPS,

      Plaintiff,                    No. CIV S-04-2548 DFL DAD P

   vs.

K. MENDOZA-POWERS, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On October 3, 2005, plaintiff submitted two letters, one dated July 21, 2005, and the other dated July 22, 2005. Both letters are addressed "To Whom It May Concern" and request investigation of prison conditions. The letters are not captioned for filing in this case and do not refer to this case. This civil rights action was closed on June 24, 2005, and plaintiff's appeal is pending. Plaintiff's letters do not appear to be relevant to this action and will be disregarded.

        IT IS SO ORDERED.

DATED: October 21, 2005.

                                             DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

DAD:13
epps2548.58